**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Linda TAYLOR, a/k/a Jipsey Kuszmaul, a/k/a Lindalee Marie Kuzma, a/k/a Lindalee Marie Taylor, Defendant–Appellant.**

**No. 01–7114.**

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 5, 2001.

Linda Taylor, pro se. Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, WV, for appellee.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Linda Taylor appeals from the denial of her Fed.R.Civ.P. 60(b) motion, which sought reconsideration of the denial of her 28 U.S.C.A. § 2255 (West Supp. 2001) motion as untimely. We find that Taylor's untimely and conclusory allegations of illness are insufficient to equitably toll the statute of limitations. *See Harris v. Hutchinson,* 209 F.3d 325, 330 (4th Cir. 2000) (holding that movant must show extraordinary circumstances before equitable tolling will apply). Accordingly, we deny a certificate of appealability, deny permission to proceed in forma pauperis, and dismiss the appeal. We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*